UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS ALBERTO RODRIGUEZ NAVAS,

Petitioner,

v.

WARDEN, NORTHWEST ICE PROCESSING CENTER, et al.,

Respondent.

Case No. 2:26-cv-04346-TLF

MINUTE ORDER

Petitioner, unrepresented by counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 1.

While there is no constitutional right to appointment of counsel for § 2241 actions, this Court may exercise its discretion to appoint to appoint counsel for a financially eligible individual when the “interests of justice so require.” 18 U.S.C. § 3006A(a)(2); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Having considered the record, it appears appointment of counsel may be warranted in part due to the complex matters asserted. The Court has insufficient information to determine whether the interests of justice require such an appointment.

Accordingly, the Court requests the Office of the Federal Public Defender (“FPD”) review this matter, determine whether petitioner qualifies for appointment of the Federal Public Defender, and advise the Court within seven days (**November 23, 2026**) whether it will seek appointment in this matter.

The Clerk shall send copies of this Minute Order to petitioner, and the FPD. The Clerk of Court is directed to send a copy of this order to the United States Attorney's Office, as indicated in Dkt. 5.

Dated this 16th day of November, 2026.

Theresa L. Fricke
United States Magistrate Judge