# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS ALBERTO RODRIGUEZ NAVAS,

Petitioner,

v.

WARDEN, NORTHWEST ICE PROCESSING CENTER, et al.,

Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NO. 2:26-cv-04346-TLF

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Petitioner's petition for writ of habeas corpus (Dkt. 1) is GRANTED with the relief set forth in the Court's Order.

Dated this 23rd day of November 2026.

Joshua C. Lewis
Clerk of Court

*s/Bridget K. Peterson*
Deputy Clerk